**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERT P. BLALOCK, | ) | NO. SA CV 10-1301-GW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| KATHLEEN ALLISON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: July 22, 2011.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE